United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | United Hauling, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-2487270 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa | **Location of principal assets, if different from principal place of business** |
| County | 5443 E. Skinner Dr. Cave Creek, AZ 85331 |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.unitedhaulingllc.com |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4842__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | Arizona | When | 1/28/25 | Case number | 2:25-bk-00718-EPB |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | United Hauling, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/25/2025
                          MM / DD / YYYY

X  /s/ Leah Delozier Smith                                    Leah Delozier Smith
Signature of authorized representative of debtor          Printed name

                                                                      Email Address of debtor

Title   Manager

**18. Signature of attorney**

X  /s/ Krystal M. Ahart                                       Date  4/25/2025
Signature of attorney for debtor                                 MM / DD / YYYY

Krystal M. Ahart 029358
Printed name

Kahn & Ahart, PLLC
Firm name

Bankruptcy Legal Center™
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012-1266
Number, Street, City, State & ZIP Code

Contact phone   602-266-1717        Email address   Krystal.Ahart@azbk.biz

029358 AZ
Bar number and State

## DECLARATION OF LEAH DELOZIER SMITH
## PURSUANT TO § 1116(1)(B)

I, Leah Delozier Smith, declare that:

1.      I am a Manager of United Hauling, LLC, the Debtor;

2.      I am personally familiar with the facts which are the subject matter of this Declaration.

3.      No Balance Sheet or Cash-Flow Statement has been prepared on behalf of the Debtor.

I, Leah Delozier Smith, verify under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 25th day of April, 2025.

UNITED HAULING, LLC

Leah Delozier Smith
Manager

25121.d09 Decl re § 1116(1)(B).docx

# United Hauling LLC

January - December 2024

## Profit&Loss Statement

| | 2024 |
|---|---|
| **Revenue** | |
| Service Revenue | $319,879.37 |
| **Total Revenue** | **$319,879.37** |
| | |
| **Expenses** | |
| Fuel Expense | $39,426.00 |
| Truck/Trailer Payments | $56,905.11 |
| Credit Card Payments | $29,381.87 |
| Insurance | $19,513.93 |
| Meals - 50% | $595.67 |
| Office Supplies/Website/Memberships | $2,968.42 |
| Mortgage/Rent/Lease | $43,398.35 |
| Maintenance and Repairs | $12,031.96 |
| Travel / Hotel Expenses | $2,891.38 |
| Wages | $34,873.45 |
| Utilities/Telephone Expenses | $5,569.23 |
| **Total Expenses** | **$247,555.37** |
| | |
| **Net Profit (Loss)** | **$    72,324.00** |

*Prepared for internal use; not audited/reviewed.

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
### (Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| Joseph E Smith, Jr | ███ 8902 |

| | | | |
|---|---|---|---|
| **A** | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions | |
| | Equine Transportation | ▶ 4 8 4 1 2 0 | |
| **C** | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN) (see instr.) | |
| | United Hauling | 8 2 2 4 8 7 2 7 0 | |

**E** Business address (including suite or room no.) ▶ 5443 E Skinner Ave
City, town or post office, state, and ZIP code    Cave Creek, AZ 85331

**F** Accounting method: **(1)** ☒ Cash    **(2)** ☐ Accrual    **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses . . ☒ Yes ☐ No

**H** If you started or acquired this business during 2021, check here . . . . . . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . ☒ Yes ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . ▶ ☐ | **1** | 438,254. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 438,254. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . | **5** | 438,254. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▶ | **7** | 438,254. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | **8** | 1,571. | 18 | Office expense (see instructions) . | **18** | 13,148. |
| 9 | Car and truck expenses (see instructions) . . . . . | **9** | 184,016. | 19 | Pension and profit-sharing plans . | **19** | |
| 10 | Commissions and fees . . | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | 44,444. | a | Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion . . . . . | **12** | | b | Other business property . . . | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . | **13** | 75,505. | 21 | Repairs and maintenance . . . | **21** | 4,745. |
| | | | | 22 | Supplies (not included in Part III) . | **22** | 13,927. |
| | | | | 23 | Taxes and licenses . . . . . | **23** | |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | | 24 | Travel and meals: | | |
| | | | | a | Travel . . . . . . . . | **24a** | 18,369. |
| 15 | Insurance (other than health) | **15** | 4,386. | b | Deductible meals (see instructions) . . . . . . . | **24b** | 5,133. |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | **25** | 17,155. |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 | Wages (less employment credits) . | **26** | |
| b | Other . . . . . . | **16b** | 3,979. | 27a | Other expenses (from line 48) . . | **27a** | 4,985. |
| 17 | Legal and professional services | **17** | 2,992. | b | **Reserved for future use** . . | **27b** | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ▶ | **28** | 394,355. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | **29** | 43,899. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. <br> **Simplified method filers only:** Enter the total square footage of (a) your home: _____ 2470 _____ and (b) the part of your home used for business: _____ 216 _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . | **30** | 1,080. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br> • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** <br> • If a loss, you **must** go to line 32. | **31** | 42,819. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. <br> • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** <br> • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☒ All investment is at risk. <br> **32b** ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**    BAA    REV 07/07/22 TTO    Schedule C (Form 1040) 2021

**Part III**   **Cost of Goods Sold** (see instructions)

33   Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35   Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| 36   Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | **36** | |
| 37   Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . | **37** | |
| 38   Materials and supplies . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39   Other costs . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40   Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . | **40** | |
| 41   Inventory at end of year . . . . . . . . . . . . . . . . . . . | **41** | |
| 42   **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | **42** | |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month/day/year)   ▶ _____

44   Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

a   Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . .   ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . .   ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| Quickbooks Payment Fees | 1,259. |
| Transaction Fees | 3,726. |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . .   **48** | 4,985. |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | United Hauling, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Desert Financial Credit Union PO Box 2945 Phoenix, AZ 85062-2945 | | Line of Credit | | | | $29,916.44 |
| JPMorgan Chase Bank, N.A. Bankruptcy Department PO Box 15298 Wilmington, DE 19850 | | Credit Card | | | | $29,568.43 |
| American Express PO Box 981537 El Paso, TX 79998 | | Credit Card | | | | $17,975.26 |
| American Express PO Box 981537 El Paso, TX 79998 | | Credit Card | | | | $9,234.56 |
| Cross Law Firm, P.L.C. 7301 N. 16th St, Ste 102 Phoenix, AZ 85020 | | Attorneys' Fees (Subchapter V Trustee) Case No. 2:25-bk-00718-EPB | | | | $0.00 |

Debtor name ___United Hauling, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF ARIZONA___

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BMO Harris Bank, N.A. | Checking Account | 8678 | $527.57 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $527.57

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11b. Over 90 days old: | 6,087.50 | - | 6,087.50 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

       | | $0.00 |
       | --- | --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Printer | $0.00 | Liquidation | $50.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42. Copy the total to line 86.

       | | $50.00 |
       | --- | --- |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  2015 GMC Yukon XL VIN ending 3747 | $0.00 | Liquidation | $13,024.00 |
| 47.2.  2017 Dodge Ram 3500 Laramie VIN<br>ending 3789; titled to Joseph and Leah<br>Smith<br>Involved in an accident 1/2025; insurance<br>claim is pending | $0.00 | Liquidation | $12,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| 48.1.  2008 Cimarron 5 Horse Trailer VIN ending<br>5471; titled in name of Aspire Acquisitions,<br>LLC | $0.00 | Liquidation | $15,000.00 |
| 48.2.  Interest in 2022 Load Trail 40-Foot Flatbed<br>Trailer VIN ending 8259; titled to Joseph<br>Smith | $0.00 | Liquidation | $9,000.00 |
| 48.3.  2007 4Star 6-Horse Trailer VIN ending<br>8887; titled in the name of Aspire<br>Acquisitions, LLC | $0.00 | Liquidation | $40,000.00 |
| 48.4.  2021 Trailswest 4-Horse Bumber-Pull<br>Trailer; VIN ending 7416; titled in the name<br>of Jill Delozier Craven | $0.00 | Liquidation | $9,000.00 |

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**

| | | | $98,024.00 |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Title Interest in Residential Real Property located at: 5443 E. Skinner Dr., Cave Creek, AZ 85331 Parcel #211-42-016C and 211-42-016D Debtor acquired title 3/2024 (from Leah Delozier Smith) | Bare Legal Title only; Debtor has little to no equitable value | $0.00 | Comparable sale | $1,400,000.00 |

**56.**    **Total of Part 9.**                                                                                    | $1,400,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites** Domain (UnitedHaulingLLC.com) | Unknown | Comparable sale | Unknown |
| **62.**    **Licenses, franchises, and royalties** | | | |
| **63.**    **Customer lists, mailing lists, or other compilations** Customer List | $0.00 | N/A | Unknown |
| **64.**    **Other intangibles, or intellectual property** | | | |

65. **Goodwill**

| Goodwill | $0.00 | N/A | Unknown |
| --- | --- | --- | --- |

66. **Total of Part 10.**

| | $0.00 |
| --- | --- |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No. Go to Part 12.
   - ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| Bristol West Insurance Policy #G01-5606693-00 | $0.00 |
| --- | --- |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   Potential claim against Preston Gardner, Esq., and Davis Miles, PLLC

| | Unknown |
| --- | --- |
| **Nature of claim** | Malpractice and/or disgorgement |
| **Amount requested** | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Prior to filing, Debtor was making payments on certain items owned by Leah and/or Joseph Smith or Jill Delozier Craven in exchange for the use of the items for Debtor's benefit. Items (described below) have no net value; Debtor's equitable interest in these assets is valueless.
1. 2021 Dodge Ram 3500 Big Horn VIN ending 5648 (value approx. $19,225; loan balance $38,495.40)
2. 2018 Dodge Ram 3500 VIN ending 3148 (value approx. $16,431 per KBB, but totaled in an accident); loan balance approx. $16,935.60; surrendered to lender)
3. 2020 Dodge Ram 3500 Tradesman VIN ending 8655 (value approx. $19,897; loan balance approx. $40,000; surrendered to lender)
4. 2015 Polaris Ranger VIN ending 1663 (value approx. $3,000; loan balance approx. $3,000; titled in the name of Jill Delozier Craven)

                                                                                        $0.00

78.   **Total of Part 11.**                                                    |  $0.00  |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    United Hauling, LLC                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $527.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $98,024.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $1,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $98,601.57 | + 91b. $1,400,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,498,601.57 |

**Fill in this information to identify the case:**

Debtor name ___United Hauling, LLC_____

United States Bankruptcy Court for the: ___DISTRICT OF ARIZONA_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A — Amount of claim — Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |
|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

**2.1** First Citizens Bank

Creditor's Name

PO Box 856502
Minneapolis, MN 55485

Creditor's mailing address

Unknown

Creditor's email address, if known

**Date debt was incurred**
3/2023

**Last 4 digits of account number**
1000

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2007 4Star 6-Horse Trailer VIN ending 8887;
titled in the name of Aspire Acquisitions, LLC

**Describe the lien**
Vehicle Loan; Aspire Acquisitions, LLC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: $42,721.87

Value of collateral: $40,000.00

**2.2** Iron Rings Holdings, LLC

Creditor's Name

Igstar, LLC
17470 N. Pacesetter Way
Scottsdale, AZ 85255

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/2024

**Last 4 digits of account number**
5470

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Residential property located at:
5443 E. Skinner Dr., Cave Creek, AZ 85331
Parcel #211-42-016C and 211-42-016D

**Describe the lien**
2nd Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: $400,000.00

Value of collateral: $1,400,000.00

| Debtor | United Hauling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Mr. Cooper
2. Iron Rings Holdings, LLC

---

| 2.3 | Mr. Cooper | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**                     $462,749.74     $1,400,000.00

Creditor's Name

Bankruptcy Department
PO Box 619094
Dallas, TX 75261

Residential property located at:
5443 E. Skinner Dr., Cave Creek, AZ 85331
Parcel #211-42-016C and 211-42-016D

Creditor's mailing address

**Describe the lien**

1st Deed of Trust (loan in Leah Smith's name only)

**Is the creditor an insider or related party?**

Unknown

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

11/2016

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

9045

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent
☐ Unliquidated
■ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.2

---

| 2.4 | PNC Bank, N.A. | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**                     $10,211.45     $13,024.00

Creditor's Name

PO Box 94982
Cleveland, OH 44101

2015 GMC Yukon XL VIN ending 3747

Creditor's mailing address

**Describe the lien**

Auto Loan

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

9/7/2019

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

8645

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | Synchrony Bank | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**                     $8,237.00     $9,000.00

Creditor's Name

P.O. Box 530950
Atlanta, GA 30353-0950

Interest in 2022 Load Trail 40-Foot Flatbed
Trailer VIN ending 8259; titled to Joseph Smith

Creditor's mailing address

**Describe the lien**

Auto Loan (in Joseph Smith's name only)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Unknown

Creditor's email address, if known

**Date debt was incurred**
6/10/2022

**Last 4 digits of account number**
9143

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $923,920.06

<hr/>

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Glenn Hotchkiss<br>Buchalter<br>15279 N Scottsdale Rd, Suite 400<br>Scottsdale, AZ 85254 | Line 2.2 | |
| Igstar, LLC<br>Attn: Ira Gaines<br>8825 N. 23rd Ave. #100<br>Phoenix, AZ 85021 | Line 2.2 | |
| Rose Law Group<br>Attn: Shelton T. Freeman<br>7144 E Stetson Dr, Ste 300<br>Scottsdale, AZ 85251 | Line 2.2 | |
| Statewide Foreclosure Services, Inc.<br>2150 E. Brown Road, Ste. 2<br>Mesa, AZ 85213 | Line 2.2 | |
| Weststar Pacific Mortgage<br>2525 E. Camelback Road, Suite 1101<br>Phoenix, AZ 85016 | Line 2.2 | |

**Fill in this information to identify the case:**

Debtor name   United Hauling, LLC

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

**Official Form 206E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Arizona Department of Revenue<br>Tax, Bankruptcy, & Collection Section<br>1600 W. Monroe 7th Floor<br>Phoenix, AZ 85007 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Tax Notification | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Department of Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Tax Notification | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                   **Amount of claim**

Case 2:25-bk-03680-DPC    Doc 1    Filed 04/25/25   Entered 04/25/25 14:19:29   Desc<br>
51197<br>
Main Document    Page 20 of 45

| Debtor | United Hauling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

America's Tire/Synchrony
PO Box 71756
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2024_
**Last 4 digits of account number** _7738_

**Basis for the claim:** _Credit Card; not in Debtor's name_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,975.26**

American Express
PO Box 981537
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023 - 2024_
**Last 4 digits of account number** _2001_

**Basis for the claim:** _Credit Card_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,234.56**

American Express
PO Box 981537
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023 - 2024_
**Last 4 digits of account number** _1007_

**Basis for the claim:** _Credit Card_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

American Express
PO Box 981537
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _2009_

**Basis for the claim:** _Credit Card; not in Debtor's name_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Bellco Credit Union
PO Box 17000
Denver, CO 80217-7000

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _07/2018_
**Last 4 digits of account number** _4878_

**Basis for the claim:** _Vehicle Loan (not in Debtor's name)_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Credit Card; not in Debtor's name_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Citibank
PO Box 6243
Sioux Falls, SD 57117

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Credit Card; not in Debtor's name_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Cross Law Firm, P.L.C.
7301 N. 16th St, Ste 102
Phoenix, AZ 85020

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _None_

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Attorneys' Fees (Subchapter V Trustee)_
_Case No. 2:25-bk-00718-EPB_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9 Nonpriority creditor's name and mailing address**
Desert Financial Credit Union
PO Box 2945
Phoenix, AZ 85062-2945

**Date(s) debt was incurred** _11/2021_
**Last 4 digits of account number** _5872_

**As of the petition filing date, the claim is:** Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Vehicle Loan (in Joseph's name only)_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10 Nonpriority creditor's name and mailing address**
Desert Financial Credit Union
PO Box 2945
Phoenix, AZ 85062-2945

**Date(s) debt was incurred** _5/2021_
**Last 4 digits of account number** _2000_

**As of the petition filing date, the claim is:** Check all that apply.     $29,916.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Line of Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11 Nonpriority creditor's name and mailing address**
Discover
PO Box 30943
Salt Lake City, UT 84130

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Credit Card; not in Debtor's name_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12 Nonpriority creditor's name and mailing address**
Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263-0778

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Personal Loan; not in Debtor's name_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13 Nonpriority creditor's name and mailing address**
First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Credit Card; not in Debtor's name_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14 Nonpriority creditor's name and mailing address**
Freedom Road Financial
10509 Professional Cir #100
Reno, NV 89521

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Loan on 2015 Polaris; in Jill Delozier Craven's name only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
---|---|---|---

Global Credit Union
PO Box 196613
Anchorage, AK 99519

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vehicle Loan; not in Debtor's name

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Jill Delozier Craven
4073 South Lane
Heber, AZ 85928

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** _

**Last 4 digits of account number** None

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,568.43

JPMorgan Chase Bank, N.A.
Bankruptcy Department
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023 - 2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 8492

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

JPMorgan Chase Bank, N.A.
Bankruptcy Department
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2013

**Basis for the claim:** Credit Card; not in Debtor's name

**Last 4 digits of account number** 6517

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Wells Fargo Bank, N.A.
PO Box 63491
San Francisco, CA 94163

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit Card; not in Debtor's name

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>Beckert and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Line 3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131 | Line 3.6<br><br>☐ Not listed. Explain ____ | _ |

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 4 of 5

| Debtor | United Hauling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Citibank<br>PO Box 6217<br>Sioux Falls, SD 57117 | Line  3.7 <br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Discover Bank<br>PO Box 51908<br>Los Angeles, CA 90051 | Line  3.11 <br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | JPMorgan Chase Bank, N.A.<br>c/o National Bankruptcy Services, LLC<br>PO Box 9013<br>Addison, TX 75001 | Line  3.17 <br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Wells Fargo Card Services<br>PO Box 10347<br>Des Moines, IA 50306 | Line  3.19 <br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 86,694.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 86,694.69 |

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Aspire Acquisitions, LLC | 4073 South Lane<br>Heber, AZ 85928 | JPMorgan Chase Bank, N.A. | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.2   Aspire Acquisitions, LLC | 4073 South Lane<br>Heber, AZ 85928 | First Citizens Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3   Jill Delozier Craven | 4073 South Lane<br>Heber, AZ 85928 | Bellco Credit Union | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.4   Jill Delozier Craven | 4073 South Lane<br>Heber, AZ 85928 | JPMorgan Chase Bank, N.A. | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.5   Jill Delozier Craven | 4073 South Lane<br>Heber, AZ 85928 | Freedom Road Financial | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |

| Debtor | United Hauling, LLC | Case number _(if known)_ |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Citibank | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.7 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | America's<br>Tire/Synchrony | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.8 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | First Premier Bank | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.9 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | PNC Bank, N.A. | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Synchrony Bank | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 Joseph Smith and<br>Leah Delozier<br>Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Iron Rings Holdings,<br>LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 Joseph Smith and<br>Leah Delozier<br>Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Desert Financial Credit<br>Union | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.13 Joseph Smith and<br>Leah Delozier<br>Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Jill Delozier Craven | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

| Debtor | United Hauling, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Discover | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.15 | Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Capital One | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.16 | Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Wells Fargo Bank, N.A. | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.17 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Global Credit Union | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.18 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Mr. Cooper | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Fifth Third Bank | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.20 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | JPMorgan Chase Bank, N.A. | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.21 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | American Express | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

Case 2:25-bk-03680-DPC    Doc 1    Filed 04/25/25    Entered 04/25/25 14:19:29    Desc
Main Document     Page 28 of 45

**Fill in this information to identify the case:**

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*....................................................................................    $      1,400,000.00

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*....................................................................................    $      98,601.57

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*....................................................................................    $      1,498,601.57

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      923,920.06

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      86,694.69

4.    **Total liabilities** .................................................................................................................
     Lines 2 + 3a + 3b            $      1,010,614.75

**Fill in this information to identify the case:**

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/25/2025      **X** /s/ Leah Delozier Smith
                        Signature of individual signing on behalf of debtor

                                  Leah Delozier Smith
                                  Printed name

                                  Manager
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___United Hauling, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF ARIZONA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   **Income**

---

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $47,415.67 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $319,879.37 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | Unknown |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

---

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | 4/21/2025<br>$690.87<br>3/26/2025<br>$690.87 | $1,381.74 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. First Citizens Bank<br>PO Box 856502<br>Minneapolis, MN 55485 | 3/25/2025 | $1,153.76 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Joseph Smith and Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Various | Unknown | Debtor made various payments on debts owed by others in exchange for the benefit of using the account/asset. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Vehicle Accident 2017 Dodge Ram 3500 Laramie VIN ending 3789 | None yet; insurance claim is pending | 1/10/2025 | $12,000.00 |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 8/31/24 ($2,500) 12/17/24 ($8,738) 1/27/25 ($500) | |
| | Davis Miles, PLLC<br>999 Playa del Norte, Suite 510<br>Tempe, AZ 85288 | Attorney Fees ($10,000) and Costs ($1,738.00) | | $11,738.00 |
| | **Email or website address**<br>azbankruptcy@davismiles.com | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kahn & Ahart, PLLC<br>Bankruptcy Legal Center™<br>301 E. Bethany Home Road,<br>Suite C-195<br>Phoenix, AZ 85012-1266 | Payment of fees for services related to prior bankruptcy case; Case No. 2:25-bk-00718-EPB | 3-4/2025 | $3,800.00 |
| | **Email or website address**<br>Krystal.Ahart@azbk.biz | | | |
| | **Who made the payment, if not debtor?**<br>Joseph and Leah Smith (with help from close friend) | | | |
| 11.3. | Kahn & Ahart, PLLC<br>Bankruptcy Legal Center™<br>301 E. Bethany Home Road,<br>Suite C-195<br>Phoenix, AZ 85012-1266 | Attorney Fees | 4/2025 | $1,200.00 |
| | **Email or website address**<br>Krystal.Ahart@azbk.biz | | | |
| | **Who made the payment, if not debtor?**<br>Joseph and Leah Smith (with help from close friend) | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Iron Rings Holdings, LLC<br>Igstar, LLC<br>17470 N. Pacesetter Way<br>Scottsdale, AZ 85255 | Debtor granted lien to Iron Rings Holdings, LLC and IG Star, LLC in exchange for loan against real property located at 5443 E. Skinner Drive, Cave Creek, AZ 85331 (Mr. and Mrs. Smith's home). Debtor took title to Mr. and Mrs. Smith's home in March, 2024, immediately before granting this lien. | 3/2024 | $400,000.00 |
| | **Relationship to debtor**<br>None | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | Rob and Sarah Busich<br>3985 E. Busich Ln<br>Cottonwood, AZ 86326 | Debtor had partial interest (approx. 70%) in 2004 Charmac 5-Horse Trailer VIN ending 0875; titled in name of Aspire Acquisitions, LLC. Trailer was sold by Aspire Acquisitions, LLC for $6,000.00, but family litigation has forestalled title transfer. | 12/2024 | $6,000.00 |
| | **Relationship to debtor**<br>None | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

Names, addresses, and phone numbers _____

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JPMorgan Chase Bank, NA<br>PO Box 182051<br>Columbus, OH 43218-2051 | **XXXX**-0822 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/18/2025<br>Account was overdrawn at closing | $0.00 |
| 18.2. | JPMorgan Chase Bank, NA<br>PO Box 182051<br>Columbus, OH 43218-2051 | **XXXX**-0830 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/13/2025 | $0.03 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 2:25-bk-03680-DPC    Doc 1    Filed 04/25/25    Entered 04/25/25 14:19:29    Desc
Main Document     Page 36 of 45

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Smith Equestrian Center, LLC<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Various items owned by Smith Equestrian Center, LLC (including horse tack, equipment, supplies, etc.) are stored at the Residential Real Property in Debtor's name. Smith Equestrian Center, LLC's clients' also have horses/tack at the premises. | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Joseph Smith and Leah Delozier Smith (and Smiths children and elderly mother)<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Numerous items personally owned by Mr. and Mrs. Smith (and their children and mother), including household goods, furniture (including office furniture and desktop computer used for the Debtor's benefit), furnishings, clothing, vehicles, jewelry, tools, etc.) are stored at the Residential Real Property in Debtor's name | Unknown |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■  No.
   ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Deanne McClenahan<br>1707 E. Westchester Dr<br>Tempe, AZ 85283 | 2/2025 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   Joseph Smith and Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | 2023 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Joseph Smith and Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Weststar Pacific Mortgage<br>2525 E. Camelback Road, Suite 1101<br>Phoenix, AZ 85016 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Joseph Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Member/Manager | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Member/Manager | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Joseph Smith and Leah Delozier Smith 5443 E. Skinner Dr. Cave Creek, AZ 85331 | $16,921.74 | Various; see attached | Draws |
| **Relationship to debtor** Members/Managers | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/25/2025 _____

/s/ Leah Delozier Smith _____         Leah Delozier Smith _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United Hauling, LLC

## Draws by Joseph and Leah Smith in 1 Year Prior to Filing

| Date | Amount |
|------|--------|
| 04/17/2025 | $400.00 |
| 04/15/2025 | $1,000.00 |
| 04/15/2025 | $100.00 |
| 04/14/2025 | $50.00 |
| 04/10/2025 | $75.00 |
| 04/06/2025 | $100.00 |
| 03/18/2025 | $100.00 |
| 03/18/2025 | $500.00 |
| 03/17/2025 | $1,700.00 |
| 12/02/2024 | $2,000.00 |
| 11/25/2024 | $900.00 |
| 11/12/2024 | $1,000.00 |
| 11/08/2024 | $375.00 |
| 10/30/2024 | $150.00 |
| 10/30/2024 | $150.00 |
| 09/23/2024 | $250.00 |
| 09/18/2024 | $725.00 |
| 09/13/2024 | $400.00 |
| 08/14/2024 | $2,551.16 |
| 07/26/2024 | $700.00 |
| 07/26/2024 | $300.00 |
| 07/12/2024 | $1,275.00 |
| 06/13/2024 | $1,270.58 |
| 06/05/2024 | $250.00 |
| 06/03/2024 | $500.00 |
| 05/23/2024 | $100.00 |
| | $16,921.74 |

# United States Bankruptcy Court
## District of Arizona

In re    United Hauling, LLC                    Case No. _____

                                   Debtor(s)        Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joseph Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | | 50% | Membership |
| Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | | 50% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    4/25/2025                       Signature    /s/ Leah Delozier Smith

                                                                  Leah Delozier Smith

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Arizona**

In re   United Hauling, LLC                              Case No. _____

                              Debtor(s)        Chapter    11

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

       I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of \_\_2\_\_ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:    4/25/2025                      /s/ Leah Delozier Smith
                                        Leah Delozier Smith/Manager
                                        Signer/Title

AMERICA'S TIRE/SYNCHRONY
PO BOX 71756
PHILADELPHIA PA 19176

.

AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998

AMERICAN EXPRESS
BECKERT AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE
TAX, BANKRUPTCY, & COLLECTION SECTION
1600 W. MONROE 7TH FLOOR
PHOENIX AZ 85007

ASPIRE ACQUISITIONS, LLC
4073 SOUTH LANE
HEBER AZ 85928

BELLCO CREDIT UNION
PO BOX 17000
DENVER CO 80217-7000

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131

CITIBANK
PO BOX 6243
SIOUX FALLS SD 57117

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117

CROSS LAW FIRM, P.L.C.
7301 N. 16TH ST, STE 102
PHOENIX AZ 85020

DESERT FINANCIAL CREDIT UNION
PO BOX 2945
PHOENIX AZ 85062-2945

DISCOVER
PO BOX 30943
SALT LAKE CITY UT 84130

DISCOVER BANK
PO BOX 51908
LOS ANGELES CA 90051

FIFTH THIRD BANK
PO BOX 630778
CINCINNATI OH 45263-0778

FIRST CITIZENS BANK
PO BOX 856502
MINNEAPOLIS MN 55485

FIRST PREMIER BANK
3820 N. LOUISE AVE.
SIOUX FALLS SD 57107

FREEDOM ROAD FINANCIAL
10509 PROFESSIONAL CIR #100
RENO NV 89521

GLENN HOTCHKISS
BUCHALTER
15279 N SCOTTSDALE RD, SUITE 400
SCOTTSDALE AZ 85254

GLOBAL CREDIT UNION
PO BOX 196613
ANCHORAGE AK 99519

United Hauling, LLC -
IGSTAR, LLC
ATTN: IRA GAINES
8825 N. 23RD AVE. #100
PHOENIX AZ 85021

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

IRON RINGS HOLDINGS, LLC
IGSTAR, LLC
17470 N. PACESETTER WAY
SCOTTSDALE AZ 85255

JILL DELOZIER CRAVEN
4073 SOUTH LANE
HEBER AZ 85928

JPMORGAN CHASE BANK, N.A.
BANKRUPTCY DEPARTMENT
PO BOX 15298
WILMINGTON DE 19850

JPMORGAN CHASE BANK, N.A.
C/O NATIONAL BANKRUPTCY SERL
PO BOX 9013
ADDISON TX 75001

LEAH DELOZIER SMITH
5443 E. SKINNER DR.
CAVE CREEK AZ 85331

MR. COOPER
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS TX 75261

PNC BANK, N.A.
PO BOX 94982
CLEVELAND OH 44101

STATEWIDE FORECLOSURE SERIN
2150 E. BROWN ROAD, STE. 2
MESA AZ 85213

United Hauling, LLC -
SYNCHRONY BANK
P.O. BOX 530950
ATLANTA GA 30353-0950


WELLS FARGO BANK, N.A.
PO BOX 63491
SAN FRANCISCO CA 94163


WELLS FARGO CARD SERVICES
PO BOX 10347
DES MOINES IA 50306


WESTSTAR PACIFIC MORTGAGE
2525 E. CAMELBACK ROAD, SUITE 1101
PHOENIX AZ 85016